ACCEPTED
12-15-00010-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/23/2015 4:28:14 PM
CATHY LUSK
CLERK

CASE NOS. 12-15-00010-CR & 12-15-00011-CR

| | | |
|---|---|---|
| KELTON DEREK WILSON | }{ | IN THE APPEALS COURT |
| | }{ | |
| VS. | }{ | 12TH JUDICIAL DISTRICT |
| | }{ | |
| THE STATE OF TEXAS | }{ | SITTING IN TYLER, TEXAS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/23/2015 4:28:14 PM
CATHY S. LUSK
Clerk

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUDGES OF THE COURT OF APPEALS:

COMES NOW KELTON DEREK WILSON, the Appellant in the above styled and numbered cause, and pursuant to Rule 10 of the Texas Rules of Appellate Procedure files this Motion requesting that the Court extend the time for filing the Appellant's brief in this cause, and in support shows the following:

### I.

1.      These cases are on appeal from the 173rd Judicial District Court of Henderson County, Texas.

2.      The style and number of the cases in the trial court are *The State of Texas vs. Kelton Derek Wilson*, Cause Nos. C-20,914 and C-21,018.

3.      The Appellant was convicted of assault of a public servant, a first degree felony, and evading arrest, a third degree felony.

4.      The trial court assessed punishment on December 17, 2014 at 20 years in the Texas Department of Criminal Justice – Institutional Division and 10 years in the Texas Department of Criminal Justice – Institutional Division for the assault of a public servant and the evading arrest, respectively.

5.      The present deadline for filing the Appellant's brief is March 23, 2015.

6.      The Appellant seeks an extension of sixty days until May 22, 2015.

7.      This is Appellant's first motion for extension of time to file his brief.

II.

This extension is not sought for the purpose of delaying this appeal, but because undersigned counsel has filed a motion to withdraw as counsel for Appellant due to a conflict of interest.

WHEREFORE, PREMISES CONSIDERED, Counsel for the Appellant prays the Court grant an extension of time until May 22, 2015 for filing the Appellant's brief.

Respectfully submitted,

STEVEN R. GREEN
ATTORNEY FOR APPELLANT
209 E. Corsicana Street
Athens, Texas 75751
Phone: (903) 675-1802
Fax: (469) 533-1662
State Bar Card No. 24004673

## CERTIFICATE OF CONFERENCE

Undersigned counsel spoke with Mr. Mark Hall, attorney for the State of Texas on March 20, 2015 concerning the filing of the Motion for Extension of Time to File Appellant's Brief. Mr. Hall indicated he is not opposed to the Court granting the relief requested in the motion.

STEVEN R. GREEN

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the above and forgoing Motion for Extension of Time to File Appellant's Brief was delivered to the Attorney for the State by e-filing on the 23rd day of March, 2015.

_____
STEVEN R. GREEN